UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, et al.,<br><br>    Defendants. | Case No. 17-cv-02259-JCS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND VACATING DECEMBER 14, 2018 MOTION HEARING**<br><br>Re: Dkt. No. 67 |

Plaintiff has filed a Motion for Leave to File Second Amended Complaint ("Motion") requesting leave to amend his prayer as to compensatory damages to seek damages according to proof rather than in the amount of $250,000, as stated in his original complaint. His counsel has supplied an affidavit stating that Plaintiff did not learn until after the deadline to amend had passed that he had suffered two torn rotator cuffs, which he alleges was the result of the Officers' conduct; previously, his doctors had diagnosed only shoulder strain. Defendant did not file an opposition to the Motion and the deadline for doing so has now passed. Because Plaintiff seeks leave to amend his complaint after the deadline for amendment has passed, his request is governed by Rule 16 of the Federal Rules of Civil Procedure, which requires a showing of "good cause." *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 608 (9th Cir. 1992). The Court finds that Plaintiff has met that requirement. Accordingly, the Motion is GRANTED. The motion hearing noticed for December 14, 2018 is vacated. **Plaintiff shall file the Second Amended Complaint as a separate docket entry no later than December 7, 2018.**

    **IT IS SO ORDERED.**

Dated: November 26, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge